SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES J.S. HOLMES  Bar No. 126779
KANIKA D. CORLEY  Bar No. 223607
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone:  (213) 426-6900
Facsimile:  (213) 426-6921
Email:  james.holmes@sdma.com
         kanika.corley@sdma.com

**JS-6**

Attorneys for Defendant
Manyan Color Shop, Inc. dba Marye-Kelley
(erroneously sued herein as MARYE-KELLEY, LLC,
a Texas Limited Liability Company dba MARYE-KELLEY)

David Albert Pierce, Esq. [SBN 162396]
Fumio Robert Nakahiro, Esq. [SBN 130110]
PIERCE LAW GROUP LLP
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212
Telephone:  (310)274-9191
Facsimile:  (310)274-9151

Attorneys for Plaintiffs, G. M. F., an individual minor by and through his Guardian Ad Litem, BRUCE FINE, BRUCE FINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| G.M.F., an individual minor, by and through his Guardian Ad Litem, BRUCE FINE, BRUCE FINE, an individual,<br><br>          Plaintiffs,<br><br>     v.<br><br>MARYE-KELLEY, LLC, a Texas Limited Liability Company, d/b/a MARYE-KELLEY, and DOES 1 to 10, inclusive,<br><br>          Defendants. | CASE NO. CV09-00373 JFW (AGRx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)(1)(ii)]** |

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

1     **IT IS SO ORDERED** that the above-captioned action is dismissed in its
2 entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule
3 41(a)(1)(ii), and that each party is to bear its own fees and costs.

7 Dated: 11/19/09      _____
8                                         United States District Judge